AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Chadwick Parker and Amber Parker, Individually and as Parents and Natural Guardians of H.P., a Minor

*Plaintiff(s)*

v.

Columbia County School District, Tracy L. Henricks, Chase A. Ford, Briana Henderson, Epic Special Education Staffing; Stone Harbor Staffing Group, Inc., TherapyTravelers, LLC, and 3Chords, Inc.

*Defendant(s)*

Civil Action No. 1:26-CV-6572

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TherapyTravelers LLC
c/o Corporation Service Company, its registered agent
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph A. White, Esq.
Fried Bonder White, LLC
730 Peachtree Street NE, Suite 600
Atlanta, GA 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 10/29/2026

s/Beverly Creech

*Signature of Clerk or Deputy Clerk*