**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CHADWICK PARKER and AMBER PARKER, individually and as parents and natural guardians of H.P., a minor,

Plaintiffs,

v.

COLUMBIA COUNTY SCHOOL DISTRICT; TRACY L. HENRICKS, in her individual capacity; CHASE A. FORD, in his individual capacity; and BRIANA HENDERSON, in her individual capacity; EPIC SPECIAL EDUCATION STAFFING; STONE HARBOR STAFFING GROUP, INC. (f/k/a EPIC STAFFING GROUP, INC.); THERAPYTRAVELERS, LLC; and 3CHORDS, INC.,

Defendants.

Civil Action No.: 1:26-cv-06572-TRJ

**JURY TRIAL DEMANDED**

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

[SIGNATURE ON THE NEXT PAGE]

**FRIED BONDER WHITE, LLC**

*/s/ Joseph A. White*
Joseph A. White
Georgia Bar No. 754315
730 Peachtree Street NE, Suite 600
Atlanta, GA 30308
Phone: (404) 995-8808
Facsimile: (404) 995-8899
jwhite@friedbonder.com

*Attorneys for Plaintiffs*