**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHADWICK PARKER and AMBER PARKER, individually and as parents and natural guardians of H.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA COUNTY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-06572-TRJ |

**DEFENDANT COLUMBIA COUNTY SCHOOL DISTRICT'S**
**WAIVER OF THE SERVICE OF SUMMONS**

To: Joseph White, Esq.
*Attorney for Plaintiffs*

I acknowledge receipt of your request that I waive service of a summons in the action of *Chadwick Parker, et al. v. Columbia County School District, et al.*, which is case number 1:26-cv-06572-TRJ, in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in this action and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court

and served upon you within 60 days after November 6, 2026, or within 90 days after that date if the request was sent outside the United States.

November 11, 2026
Date

Jessica A. Crisler
as Attorney
of Columbia County School District