# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:26-CV-06572-TRJ

Plaintiff:
**Chadwick Parker; et al.**

vs.

Defendant:
**Columbia County School District; et al.**

For:
Joseph White
Fried Bonder White, LLC
730 Peachtree Street NE
Suite 600
Atlanta, GA 30308

Received by Ancillary Legal Corporation on the 12th day of November, 2026 at 1:40 pm to be served on **Tracy L. Henricks, 4718 Bantry Road, Grovetown, GA 30813.**

I, William Scott, being duly sworn, depose and say that on the **14th day of November, 2026** at **9:07 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Cover Letter; Summons in a Civil Action; Complaint; Civil Cover Sheet** to: **Tracy L. Henricks** at the address of: **4718 Bantry Road, Grovetown, GA 30813.**

**Additional Information pertaining to this Service:**
11/14/2026 9:07 am Perfected individual service to Tracy L. Henricks. She accepted service directly.

**Description** of Person Served: Age: ~62, Sex: F, Race/Skin Color: White, Height: ~5'8, Weight: 170, Hair: Gray, Glasses: ~

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 17th day of November, 2026 by the affiant who is personally known to me.

Kimberly H. Lonergan
NOTARY PUBLIC

KIMBERLY H. LONERGAN
NOTARY PUBLIC
My Commission Expires May 1, 2028
COLUMBIA COUNTY, GA

William Scott
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2026020805
Ref: Chadwick Parker

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i